IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR F 04-5171 AWI |
| Plaintiff, | ) ) | ORDER FINDING DEFENDANT WAS BORN ON |
| v. | ) ) | JULY 20, 1987 AND GRANTING MOTION TO |
| LUIS CASTENEDA ORTEGA (HUGO ORTEGA SOTELO), | ) ) ) | DISMISS |
| Defendant. | ) ) | |

Defendant's motion to dismiss was heard on April 10, 2006.   After reviewing the parties' briefs, evidence, and arguments, the court ORDERS as follows:

1.   Defendant Luis Casteneda Ortega's true name is Hugo Ortega Sotelo;

2.   Defendant was born on July 20, 1987;

3.   Defendant's motion to dismiss is GRANTED; and

4.   The Clerk of the Court is DIRECTED to serve a copy of this order on the United States Marshal.

IT IS SO ORDERED.

Dated:   **April 12, 2006**           /s/ Anthony W. Ishii
0m8i78                            UNITED STATES DISTRICT JUDGE