IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR F 04-5171 AWI |
| ) | |
| Plaintiff, ) | ORDER GRANTING |
| ) | DEFENDANT'S MOTION TO |
| v. ) | FILE LATE NOTICE OF |
| ) | APPEAL |
| LOUIS CASTENEDA ORTEGA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

    Defendant Louis Casteneda Ortega, also known as Hugo Sotelo Ortega ("Defendant"), has moved to file late notice of appeal from this court's order of April 4, 2006, granting plaintiff United States' ("Plaintiff's") motion to try Defendant as an adult.  Hearing on Defendant's motion was held on January 8, 2007.  After hearing and consideration of Defendant's motion and Plaintiff's opposition, as well as consideration of arguments presented at hearing, the court finds Defendant's late filing was due to excusable neglect within the meaning of Federal Rule of Appellate Procedure 4(b)(4).

    THEREFORE, in consideration of the foregoing, it is hereby ORDERED that Defendant's motion to file notice of appeal from the court's order of April 4, 2006, is hereby GRANTED pursuant to Federal Rule of Appellate Procedure 4(b)(4).

1  IT IS SO ORDERED.

2  **Dated:    January 22, 2007**                              **/s/ Anthony W. Ishii**
   h2ehf                                                     UNITED STATES DISTRICT JUDGE