IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>JOSE GABRIEL PEREZ,<br><br>            Defendant. | NO. 1:04-cr-05171 AWI<br><br>STIPULATION TO CONTINUE STATUS CONFERENCE AND ORDER<br><br>Date: February 12, 2007<br>Time: 9:00 A.M.<br>Judge: Hon. Anthony W. Ishii |

On January 31, 2007, the parties filed the following stipulation:

**IT IS HEREBY STIPULATED**, by and between the parties hereto, and through their respective attorneys of record herein, that the status conference hearing scheduled in the above captioned matter for February 5, 2007, may be continued to February 12, 2007 at 9:00 a.m.

The parties agree that the delay resulting from the continuance shall be excluded in the interests of justice herein for effective defense preparation pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

                                                                           McGREGOR M. SCOTT<br>
                                                                           United States Attorney

DATED: January 31, 2007                  /s/   Karen A. Escobar<br>
                                                                       KAREN A. ESCOBAR<br>
                                                                       Assistant U.S. Attorney<br>
                                                                       Attorney for Plaintiff

| | |
|---|---|
| DATED: January 31, 2007 | /s/ George Bumanglag<br>GEORGE BUMANGLAG<br>Attorney for Defendant<br>Luis Castaneda Ortega |
| DATED: January 31, 2007 | /s/ Kevin G. Little<br>KEVIN G. LITTLE<br>Attorney for Defendant<br>Dimas Pena Olivares |
| | DANIEL J. BRODERICK<br>Federal Defender |
| DATED: January 31, 2007 | /s/ Melody M. Walcott<br>MELODY M. WALCOTT<br>Assistant Federal Defender<br>Attorney for Defendant<br>Jose Gabriel Perez |

**O R D E R**

In light of the above stipulation, IT IS SO ORDERED.  Time is excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and 3161(h)(8)(B)(i) and (iv).

IT IS SO ORDERED.

**Dated:  February 1, 2007**          /s/ Anthony W. Ishii
0m8i78                                         UNITED STATES DISTRICT JUDGE