IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CRF-04-5171- AWI |
| ) | |
| Plaintiff, ) | ORDER REQUIRING ATTORNEY |
| ) | GEORGE BUMANGLAG TO SHOW |
| v. ) | CAUSE WHY HE SHOULD |
| ) | CONTINUE TO REPRESENT |
| LUIS CASTENEDA ORTEGA, aka ) | DEFENDANT LUIS CASTENEDA |
| Luis Ortega Casteneda, aka Hugo ) | ORTEGA |
| Ortega Sotelo, et al, ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

    The following facts have come to the court's attention:   The court has received information that Attorney George Bumanglag has a matter pending before the State Bar Court of California.

    Accordingly, Attorney George Bumanglag is ORDERED to SHOW CAUSE at 9:00 a.m. on July 30, 2007 in Courtroom 2 on why he should continue to represent Defendant Luis Casteneda Ortega in this case.

IT IS SO ORDERED.

**Dated:   July 13, 2007**        /s/ Anthony W. Ishii
                                                      UNITED STATES DISTRICT JUDGE