1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7                   FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9    UNITED STATES OF AMERICA,          )    NO. C.R.F-04-5171 AWI
                                         )
10                    Plaintiff,         )    Appellate Case No. 06-10368
                                         )
11        v.                             )
                                         )    ORDER UNSEALING DOCUMENTS
12   LUIS CASTENEDA ORTEGA,              )
                                         )
13                    Defendant.         )
                                         )
14                                       )
                                         )
15   _____    )

16                              **ORDER**

17   _____GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT the records listed below be

     conditionally unsealed, and a copy provided to appellate counsel.
18

19   | Docket Number | Sealed Event | Date |
20   |---|---|---|
     | 51 | SEALED EVENT (Order) (Balli, R) (Entered: 07/01/2005) | 7/01/2005 |
21   | 73 | SEALED EVENT (Lundstrom, T) (Entered: 04/11/2006) | 4/11/2005 |
22
     | 74 | SEALED EVENT (Lundstrom, T) (Entered: 04/11/2006) | 4/11/2005 |
23
     | 77 | SEALED EVENT (Lundstrom, T) (Entered: 04/12/2006) | 4/12/2005 |
24
     | 78 | SEALED EVENT (Lundstrom, T) (Entered: 04/11/2006) | 4/12/2005 |
25
26   | 125 | SEALED EVENT (Hellings, J) (Entered: 04/30/2007) | 4/27/2007 |
27

28

| Docket Number | Sealed Event | Date |
|---|---|---|
| 126 | SEALED EVENT (Hellings, J) (Entered: 04/30/2007) | 4/27/2007 |

These records shall remain sealed and not made available to the public.

IT IS SO ORDERED.

**Dated:** __**August 27, 2007**__ _____/s/ Anthony W. Ishii_____
UNITED STATES DISTRICT JUDGE