**IN THE UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CRF-04-5171- AWI |
| | ) | |
| Plaintiff, | ) | ORDER REQUIRING ATTORNEY |
| | ) | ARTURO HERNANDEZ TO SHOW |
| v. | ) | CAUSE WHY HE SHOULD NOT BE |
| | ) | SANCTIONED FOR FAILING TO |
| LUIS CASTENEDA ORTEGA, aka | ) | APPEAR |
| Luis Ortega Casteneda, aka Hugo | ) | |
| Ortega Sotelo, et al, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

   On August 27, 2007 at 9:00 a.m. the above case was scheduled for trial confirmation and hearing on motions, including a motion by the government regarding potential conflict of interest of attorney Arturo Hernandez.  All parties and all counsel except for attorney Hernandez were personally present.  Neither the court nor any other counsel had received any prior communication from attorney Hernandez explaining  his absence.  The trial confirmation and hearing on motions constituted a critical stage in the case.  Because of attorney Hernandez's unexplained absence, the court was unable to proceed as to his client.

   Accordingly, attorney Arturo Hernandez  is ORDERED to personally appear and to SHOW CAUSE at 9:00 a.m. on September 17, 2007 in Courtroom 2 why he should not be sanctioned for his failure to appear on August 27, 2007.

1  IT IS SO ORDERED.

2  **Dated:     August 29, 2007**                            **/s/ Anthony W. Ishii**
                                                             UNITED STATES DISTRICT JUDGE

2