UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

FRESNO

\* \* \* \* \* \* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>    Plaintiffs,<br><br>    v.<br><br>L.C.O.<br>AKA H.O.S.,<br><br>    Defendant. | U.S.D.C., E.D. CA<br>Case No.:   1:04-CR-05171-AWI<br><br>ORDER SEALING DOCUMENT |

**GOOD CAUSE HAVING BEEN FOUND, IT IS ORDERED** that the following documents be filed under seal:

1. [UNDER SEAL] NOTICE OF MOTION AND MOTION FOR PSYCHIATRIC EXAMINATION AND FOR HEARING TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL AND/OR PLEAD GUILTY;

2. [UNDER SEAL] MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR PSYCHIATRIC EXAMINATION AND FOR HEARING TO DETERMINE DEFENDANT'S COMPETENCY TO STAND TRIAL AND/OR PLEAD GUILTY ; DECLARATION OF EDGAR EUGENE PAGE

IT IS SO ORDERED.

Dated:   June 23, 2010

CHIEF UNITED STATES DISTRICT JUDGE