1  Edgar Eugene Page
   Page & Page Attorneys at Law
2  Post Office Box 255487
   Sacramento, California 95865
3  Phone: (916) 556-0828
   FAX:    (916) 556-0830
4
   Attorneys for Defendant
5
                    IN THE UNITED STATES DISTRICT COURT
6
                  FOR THE EASTERN DISTRICT OF CALIFORNIA
7

8  UNITED STATES OF AMERICA,      )   NO. 1:04-cr-05171-AWI-3
                                  )
9                  Plaintiff,     )
                                  )
10       v.                       )   ORDER
                                  )
11 HOS                            )
                                  )
12                 Defendant.     )
                                  )
13 _____)

14      Defendant's motion filed on March 30, 2011, requesting the court clerk to provide a
list of all the dates and the name of the court reporter for each hearing from July 31, 2008, to
15
March 11, 2011, is GRANTED.
16
        IT IS FURTHER ORDERED THAT the hearing date and the court reporter's name
17
   are to be unsealed to allow for the preparation and submission of the Transcript Designation
18
   form in Ninth Circuit Court Case Number 11-10115.
19

20 IT IS SO ORDERED.
21
22 Dated:   April 1, 2011
                                             CHIEF UNITED STATES DISTRICT JUDGE
23