1  Edgar Eugene Page  #231147
   Page & Page Attorneys at Law
2  Post Office Box 255487
   Sacramento, California 95865
3  Phone (916) 556-0828
   Fax (916) 556-0830
4
   Attorney for HOS
5

6                IN THE UNITED STATES DISTRICT COURT

7              FOR THE EASTERN DISTRICT OF CALIFORNIA

8

9  UNITED STATES OF AMERICA,       )  D.C. No. 1:04-cr-05171-AWI-3
                                   )  Eastern District of California,
10                Plaintiff,       )  Fresno
                                   )
11       v.                        )
                                   )  ORDER
12 HOS,                            )
                                   )
13                Defendant.       )
                                   )
14                                 )
                                   )
15 _____  )

16                              **ORDER**

17       **GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT**

18       1.   The transcripts designated in U.S. District Court Case Number 1:04-cr-05171-
19            AWI-3 Documents 301 to 304 for U.S. Court of Appeals Case Number 11-10115
20            are to be prepared at court expense.

21       2.   The transcripts are to be filed under seal.  These transcripts shall remain
22            sealed and not made available until so ordered pursuant to 18 U.S.C. §5038(a).

23       3.   A copy of the transcripts are to be provided to the attorneys of both parties in
24            this matter for use in U.S. Court of Appeals Case Number 11-10115.

         IT IS SO ORDERED.
25

26 Dated:   May 2, 2011
                                              CHIEF UNITED STATES DISTRICT JUDGE
27

28