Edgar Eugene Page  #231147
Page & Page Attorneys at Law
Post Office Box 255487
Sacramento, California 95865
Phone (916) 556-0828
Fax (916) 556-0830

Attorneys for Defendant HOS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) D.C. No. 1:04-cr-05171-AWI-3 |
|---|---|
| Plaintiff, | ) Eastern District of California, Fresno |
| v. | ) Appellate Case No. 11-10115 |
| HOS, | ) |
| Defendant. | ) ORDER CONDITIONALLY UNSEALING DOCUMENTS |
| _____ | ) |

**ORDER**

GOOD CAUSE HAVING BEEN SHOWN, IT IS ORDERED THAT the records listed below be conditionally unsealed, and a copy provided to counsel for both parties.

| Date | Docket Number | Sealed Event |
|---|---|---|
| 08/07/2009 | 246 | SEALED EVENT. (Scrivner, E) (Entered: 08/07/2009) |
| 11/24/2009 | 262 | SEALED EVENT. (Flores, E) (Entered: 11/25/2009) |
| 11/24/2009 | 263 | SEALED EVENT. (Flores, E) (Entered: 11/25/2009) |
| 12/14/2009 | 264 | SEALED EVENT. (Scrivner, E) (Entered: 12/14/2009) |
| 12/14/2009 | 265 | SEALED EVENT. (Scrivner, E) (Entered: 12/14/2009) |
| 07/02/2010 | 277 | SEALED EVENT (Martin, S) (Entered: 07/06/2010) |
| 07/21/2010 | 279 | SEALED EVENT (Martin, S) (Entered: 07/21/2010) |
| 09/21/2010 | 282 | SEALED EVENT. (Scrivner, E) (Entered: 09/21/2010) |
| 09/21/2010 | 283 | SEALED EVENT. (Scrivner, E) (Entered: 09/21/2010) |

| Date | Docket Number | Sealed Event |
|---|---|---|
| 12/30/2010 | 287 | SEALED EVENT (Marrujo, C) (Entered: 12/30/2010) |
| 12/30/2010 | 288 | SEALED EVENT (Marrujo, C) (Entered: 12/30/2010) |
| 02/17/2011 | 291 | SEALED EVENT (Martin, S) (Entered: 02/17/2011) |
| 02/17/2011 | 292 | SEALED EVENT (Martin, S) (Entered: 02/17/2011) |
| 02/17/2011 | 293 | SEALED EVENT (Martin, S) (Entered: 02/17/2011) |
| 02/17/2011 | 294 | SEALED EVENT (Martin, S) (Entered: 02/17/2011) |

These records shall remain sealed and not made available to the public without an order granting access.

IT IS SO ORDERED.

Dated:     July 22, 2011

CHIEF UNITED STATES DISTRICT JUDGE