FILED

NOV 17 2011

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK



1  BENJAMIN B. WAGNER
   United States Attorney
2  KAREN A. ESCOBAR
   Assistant U.S. Attorney
3  2500 Tulare Street
   Fresno, California 93721
4  Telephone:  (559) 497-4000

5

6

7
          IN THE UNITED STATES DISTRICT COURT FOR THE

8                EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,        )  1:04-CR-5171 AWI-3
10                                   )
                  Plaintiff,         )
11                                   )
                  v.                 )  APPLICATION FOR UNSEALING
12                                   )  AND ORDER
                                     )
13                                   )
   HOS, et al.,                      )
14                                   )
                  Defendants.        )
15  _____ )

16
        The United States of America, by and through its undersigned

17  counsel, hereby moves to unseal documents in this matter which

18  were sealed, unbeknownst to the government.

19
        Specifically, it has come to the government's attention

20  during its preparation of its responsive appeal brief that the

21  guilty pleas of Defendants Jose Gabriel Perez and Dimas Pena

22  Olivares - who are adults - no longer appear in the record, not

23  even as a Sealed Event.  They used to appear at C.R. 166, 168,

24  171, 172 and were so referenced during Defendant's first appeal.

25  While the plea agreements (the original and corrected) for

26  Defendant Dimas Pena Olivares were filed under seal, it should be

27  referenced as a Sealed Event and the unsealed minutes of the

28

                                   1

1 | guilty plea should be entered.

2 | In addition, the Superseding Indictment filed May 25, 2006,

3 | was not docketed and the minutes of the Arraignment and Plea of

4 | the three defendants, charged as adults, on the Superseding

5 | Indictment was not docketed.

6 | It is respectfully requested that this Court grant these

7 | requests.

8 | DATED: November 16, 2011                Respectfully submitted,

9 |                                         BENJAMIN B. WAGNER
                                            U.S. Attorney

10 |                                        By: *Karen Escobar*

11 |                                         KAREN A. ESCOBAR
                                            Assistant U.S. Attorney

12 |

13 |                          O R D E R

14 | Having considered the foregoing,

15 | IT IS ORDERED THAT the plea agreement and minutes of the

16 | plea proceeding of defendant Jose Gabriel Perez be unsealed and

17 | entered in the record.

18 | IT IS FURTHER ORDERED THAT the original and corrected plea

19 | agreements of Defendant Dimas Pena Olivares remain sealed but be

20 | docketed as Sealed Events and that the minutes of the plea

21 | proceeding be unsealed and entered in the record.

22 | IT IS ALSO ORDERED THAT the Superseding Indictment filed May

23 | 25, 2006, and the minutes of the Arraignment and Plea of the

24 | three defendants on the Superseding Indictment be unsealed and

25 | entered in the record.

26 | DATED:  *11-16-11*                      _____
                                            ANTHONY W. ISHII

27 |                                         Chief U.S. District Judge

28 |

2