BENJAMIN B. WAGNER
United States Attorney
KAREN A. ESCOBAR
Assistant U.S. Attorney
2500 Tulare Street, Suite 4401
Fresno, California  93721
Telephone:  (559) 497-4000

Attorneys for Appellee
UNITED STATES OF AMERICA

IN THE UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| UNITED STATES OF AMERICA,     ) | 1:04-cr-05171-AWI |
| ) | |
| Plaintiff-Appellee,     ) | |
| ) | |
| v.     ) | APPLICATION TO UNSEAL |
| ) | FILINGS RELATING TO |
| HUGO ORTEGA SOTELO,     ) | DEFENDANT ORTEGA |
| aka Luis Casteneda Ortega,     ) | SOTELO AND ORDER |
| ) | |
| Defendant-Appellant.     ) | |
| ) | |

The United States of America, by and through undersigned

counsel, hereby applies to unseal all pleadings relating to the above-

1

named defendant, only, from March 7, 2011, the date of the Court's finding that Defendant was an adult at the time of the charged offenses and that his true name is Hugo Ortega Sotelo, to and through the judgment of conviction.  C.R. 295.  The Court's finding was affirmed by the Ninth Circuit on September 28, 2012, and the U.S. Supreme Court denied certiorari on March 25, 2013.   C.R. 346; C.A. No. 11-10115; U.S.C. No. 12-8841.

It should be noted that Defendant entered a guilty plea as an adult.  C.R. 360.  Thus, there is no basis to seal any filed documents, including the judgment, relating to Defendant after the entry of his guilty.

It is further requested that the court docket reflect Defendant's true name, Hugo Ortega Sotelo.  Currently, the docket indicates the following:

**Defendant (3)**
**HOS**
*TERMINATED: 04/08/2013*
*also known as*
Luis Ortega Casteneda
*TERMINATED: 04/08/2013*
*also known as*
HOS

Case 1:04-cr-05171-AWI   Document 367   Filed 05/22/13   Page 3 of 3

*TERMINATED: 04/08/2013*

| | |
|---|---|
| Dated: May 20, 2013 | Respectfully submitted, |
| | BENJAMIN B. WAGNER<br>United States Attorney |
| | /s/ Karen A. Escobar<br>KAREN A. ESCOBAR<br>Assistant United States Attorney |

O R D E R

IT IS SO ORDERED.

Dated:   May 21, 2013                               _____
                                                                 SENIOR  DISTRICT  JUDGE

3